IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| PATRICK O'NEAL ALFRED,<br>TDCJ-CID NO. 871400,<br><br>　　　　　Petitioner,<br><br>v.<br><br>NATHANIEL QUARTERMAN, Director,<br>Texas Department of Criminal<br>Justice, Correctional<br>Institutions Division,<br><br>　　　　　Respondent. | §<br>§<br>§<br>§<br>§<br>§<br>§　CIVIL ACTION NO. H-06-3734<br>§<br>§<br>§<br>§<br>§<br>§ |

**FINAL JUDGMENT**

In accordance with the court's Memorandum Opinion and Order entered today, this action is **DISMISSED with prejudice.**

For the reasons stated in the court's Memorandum Opinion and Order and because the petitioner has not made a substantial showing of the denial of a constitutional right, a Certificate of Appealability is **DENIED**.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this the 11th day of July, 2007.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　SIM LAKE
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE